# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 7, 2012

No. 11-50744

Lyle W. Cayce
Clerk

VETA GARVEY FARMER,

Plaintiff-Appellant

v.

HOME DEPOT U.S.A. INCORPORATED;
US MAINTENANCE, INCORPORATED,
doing business as US Maintenance;
CINTAS CORPORATION No. 2,

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:10-CV-591

Before JONES, Chief Judge, and GARZA and PRADO, Circuit Judges.

PER CURIAM:[*]

The court has reviewed this appeal in light of the briefs, oral argument, and pertinent portions of the record. Upon review, we find no reversible error of fact or law, nor any abuse of discretion in the trial court's rulings. Accordingly, the judgment of the district court is AFFIRMED. *See* 5TH CIRCUIT LOC. RULE 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.